IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00831-TPO

YITZELKA MENDOZA-GOMEZ,

      Petitioner,

v.

WARDEN, Denver Contract Detention Facility; and
FIELD OFFICE DIRECTOR, Denver Field Office,
U.S. Immigration and Customs Enforcement,

      Respondents.

---

**ORDER TO SHOW CAUSE**

---

**Timothy P. O'Hara, United States Magistrate Judge.**

This matter comes before this Court upon the Petition for Writ of Habeas Corpus. ECF 1. Petitioner is a citizen of Panama and "enter[ed] the United States sometime around the end of 2023." *Id.* ¶ 16. Petitioner entered the country through the border near Eagle Pass, Texas, at which time she "was encountered then released" but was not inspected or admitted into the country. *Id.* ¶¶ 16, 27. Petitioner alleges she has no criminal history and had attended five scheduled check-in appointments with ICE. *Id.* ¶ 31. On February 10, 2026, Petitioner appeared for her appointment where she was detained upon arrival and has remained in custody since then. *Id.*

Petitioner asserts that Respondents have unlawfully subjected her to mandatory detention under 8 U.S.C. § 1225(b)(2)(A), when her detention should be governed by § 1226(a), entitling her to a bond determination hearing. *See id.* ¶¶ 34-53. Petitioner pleads two causes of action: (1) violation of her Due Process rights; *id.* ¶¶ 54-59, (2) and violation of the Immigration and Nationality Act, 8 U.S.C. §§ 1226(a), (b)(2), *id.* ¶¶ 60-63. Among other forms of relief, Petitioner asks the Court to declare that § 1226(a), and not § 1225(b)(2) govern her detention and issue a writ

of habeas corpus requiring Respondents to provide her with a bond hearing under § 1226(a). ECF 1 at 16. Petitioner also requests an Order enjoining her transfer from this District while the Petition is pending but has not filed a separate motion for preliminary injunctive relief. *See id.* At this time, this Court does not consider that request to be for expedited injunctive relief. If Petitioner does seek this relief, Petitioner shall file an appropriate motion under Fed. R. Civ. P. 65, stating the grounds for relief as supported by relevant legal authority.

After preliminary consideration of the Petition, this Court ORDERS as follows:

**Petitioner shall serve Respondents with her Petition, exhibits, and this Order to Show Cause on or before <u>March 23, 2026</u>**. Within 48 hours of serving Respondents, Petitioner shall file proof of service, and Counsel for Respondents shall promptly enter notices of appearance.

On or before **March 30, 2026**, the Respondents shall show cause why the Petition [ECF 1] should not be granted. Also by **March 30, 2026**, the Parties shall complete and file the Magistrate Judge Consent Form [ECF 3]. As part of the briefing, the Parties should address under which statute Petitioner was released from immigration custody in December of 2023. *See* ECF 1-5.

On or before **April 6, 2026**, Petitioner may file a Reply in support of her Petition.

SO ORDERED.


DATED at Denver, Colorado, this 19th day of March, 2026.

BY THE COURT:

_____
Timothy P. O'Hara
United States Magistrate Judge

2